

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00333-CV

---

**LOREN EDWARD DECKER, JR., APPELLANT**

**V.**

**MELANIE JANE DECKER, APPELLEE**

---

On Appeal from the 74th District Court
McLennan County, Texas
Trial Court No. 2019-3431-3, Honorable Gary Coley, Presiding

---

October 13, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Loren Edward Decker, Jr., appeals from the trial court's *Final Judgment.*[1]  Now pending before this Court is the parties' joint motion to dismiss the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party

---

[1] Originally appealed to the Tenth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is dismissed.  As requested by the parties, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam